United States District Court
Southern District of Texas
**ENTERED**
March 25, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| JIT BAHADUR BHANDARI, | § | |
| | § | |
| Petitioner, | § | |
| v. | § | CIVIL ACTION NO. H-26-857 |
| | § | |
| MARTIN FRINK, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER**

The petitioner, Jit Bahadur Bhandari, has filed a motion for a temporary restraining order, asking that the court prevent the respondents from transporting him outside of the Southern District of Texas for removal because he timely filed an appeal of his removal order with the Board of Immigration Appeals.  (Docket Entry No. 12).  The federal respondents had filed an advisory explaining that they expect to remove Bhandari to Nepal on April 5, 2026, and that Bhandari had waived an appeal of his removal order.  (Docket Entry No. 11).

The federal respondents must file a response to the motion for a temporary restraining order by March 30, 2026.  Bhandari must reply by April 1, 2026.  The court will hold a hearing on the motion for a temporary restraining order on April 2, 2026, at 10:30 a.m. via Zoom.

SIGNED on March 25, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge