United States District Court
Southern District of Texas
**ENTERED**
April 02, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| JIT BAHADUR BHANDARI, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. H-26-857 |
| | § | |
| MARTIN FRINK, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

The court grants the petitioner's motion to withdraw his motion for a temporary restraining order.  (Docket Entry No. 16).  The motion hearing set for April 2, 2026, at 10:30 a.m., is cancelled.

SIGNED on April 2, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge